AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

GUCCI AMERICA, INC.

V.

SMART BARGAINS, INC., SMART BARGAINS
SECURITY CORPORATION AND
SMARTBARGAINS.COM

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04  10492 DPW**

TO: (Name and address of Defendant)

SMART BARGAINS SECURITY CORPORATION
10 MILK STREET, 10TH FLOOR
BOSTON, MA 02108

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK SCHONFELD
BURNS & LEVINSON LLP
125 SUMMER STREET
BOSTON, MA 02110

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  3-11-04

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | June 25, 2004 |
| NAME OF SERVER   BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   Ms. Marguerite Hill, General Counsel and Resident
~~Duly Authorized~~ Agent for the within-named   Defendant, Smart Bargains Security Corporation.
Said service was made at:
10 Milk Street, 10th Floor, Boston , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE $ 24.00    Trips 18

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 25, 2004                    *[signature] Burton M Malkofsky*
                 Date                             Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**            **One Devonshire Place**         Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     **Boston, MA 02109**             Fax #       (617) 720-5737