# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

GUCCI AMERICA, INC.

2004 JUL -2 P 2:08

V.

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUMMONS IN A CIVIL CASE

SMART BARGAINS, INC., SMART BARGAINS
SECURITY CORPORATION AND
SMART BARGAINS.COM

CASE NUMBER:

## 04 10492 DPW

TO: (Name and address of Defendant)

SMART BARGAINS, INC.
10 MILK STREET, 10TH FLOOR
BOSTON, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK SCHONFELD
BURNS & LEVINSON LLP
125 SUMMER STREET
BOSTON, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  3-1-04

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>June 25, 2004 |
| NAME OF SERVER  BURTON M. MALKOFSKY | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  **Ms. Marguerite Hill, General Counsel and Duly Authorized Agent for the within-named  Defendant, Smart Bargains, Inc.**

Said service was made at:

**10 Milk Street, 10th Floor, Boston**_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 10.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 25, 2004
Date

Signature of Server: *[signature: Burton M. Malkofsky]*

One Devonshire Place, Boston, Massachusetts
Address of Server

### ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | TOTAL | $ ____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax #            (617) 720-5737