UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,

    Plaintiff,

v.

SMART BARGAINS, INC., SMART BARGAINS CORPORATION and SMARTBARGAINS.COM,

    Defendants.

Case No. 04-10492-DPW

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Gucci America, Inc. and Defendants Smart Bargains, Inc., Smart Bargains Corporation and Smartbargains.com jointly move this Court for an order extending the time an additional twenty (20) days, through and including August 4, 2004, for defendants Smart Bargains, Inc., Smart Bargains Corporation and Smartbargains.com to answer or otherwise plead in response to plaintiff's, Gucci America, Inc.'s, Complaint.

Since defendants have not yet obtained local counsel, plaintiff is filing this motion as a courtesy to defendants.

Respectfully submitted,

GUCCI AMERICA, INC.

By: _____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: July 12, 2004

SMART BARGAINS, INC.,
SMART BARGAINS CORPORATION and
SMARTBARGAINS.COM

OF COUNSEL

Theodore R. Remaklus
Kurt L. Grossman (admitted *pro hac vice*)
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 241-2324

J:\Docs\25495\00000\00854946.DOC