UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,

    Plaintiff,

v.

SMART BARGAINS, INC., SMART
BARGAINS CORPORATION and
SMARTBARGAINS.COM,

    Defendants.

Case No. 04-10492-DPW

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Gucci America, Inc. and Defendants Smart Bargains, Inc., Smart Bargains Corporation and Smartbargains.com jointly move this Court for an order extending the time an additional twenty (20) days, through and including August 24, 2004, for defendants Smart Bargains, Inc., Smart Bargains Corporation and Smartbargains.com to Answer or otherwise plead in response to plaintiff's Complaint. This is the second requested extension and is sought to provide the parties additional time to discuss a negotiated resolution of the dispute.

Because defendants have not yet obtained local counsel, plaintiff is filing this motion as a courtesy to defendants.

GUCCI AMERICA, INC.

By: _____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: August 3, 2004

SMART BARGAINS, INC.,
SMART BARGAINS CORPORATION and
SMARTBARGAINS.COM

OF COUNSEL
Theodore R. Remaklus
Kurt L. Grossman (admitted *pro hac vice*)
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 241-2324

J:\Docs\25495\00000\00854946.DOC

## Certificate of Service

I, Mark Schonfeld, hereby certify that I have served Joint Motion for Extension of Time on Defendants Smart Bargains, Inc., Smart Bargains Corporation and Smartbargains.com by mailing a copy via first class mail to:

>Theodore R. Remaklus, Esq.
>Wood, Herron & Evans, LLP
>2700 Carew Tower
>441 Vine Street
>Cincinnati, OH  45202-2917

_____
Mark Schonfeld

Date:  August 3, 2004

00860250