UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,

Plaintiff,

v.

SMART BARGAINS, INC., SMART
BARGAINS CORPORATION and
SMARTBARGAINS.COM,

Defendants.

Case No. 04-10492-DPW

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Gucci America, Inc. and Defendants Smart Bargains, Inc., Smart Bargains Corporation and Smartbargains.com jointly move this Court for an order extending the time an additional ten (10) days, through and including Friday, September 3, 2004, for defendants Smart Bargains, Inc., Smart Bargains Corporation and Smartbargains.com to Answer or otherwise plead in response to plaintiff, Gucci America, Inc. This is the third requested extension and is sought to provide the parties additional time to discuss a negotiated resolution of the dispute.

Because defendants have not yet obtained local counsel, plaintiff is filing this motion as a courtesy to defendants.

GUCCI AMERICA, INC.

By: _____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: August 23, 2004

J:\Docs\25495\00000\00854946.DOC

SMART BARGAINS, INC.,
SMART BARGAINS CORPORATION and
SMARTBARGAINS.COM

OF COUNSEL
Theodore R. Remaklus
Kurt L. Grossman (admitted *pro hac vice*)
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 241-2324

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on AUG. 23, 2004
_____