UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,

    Plaintiff,

v.

SMART BARGAINS, INC., SMART BARGAINS CORPORATION and SMARTBARGAINS.COM,

    Defendants.

Case No. 04-10492 DPW

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff, Gucci America, Inc., hereby dismisses this action as to all defendants, with prejudice.

GUCCI AMERICA, INC.

By: _____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: October 14, 2004

J:\Docs\25495\00000\00877258.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on OCT. 14, 2004.